IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


WILLIAM D. WILLIAMS,

    Plaintiff,

v.                        CASE NO. 4:12cv142-RH/CAS

WARDEN HALEY et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST
## THE DEPARTMENT OF CORRECTIONS

This case is before the court on the report and recommendation, ECF No. 40, and the objections, ECF No. 42. I have reviewed *de novo* the issues raised by the objections.

The report and recommendation correctly concludes that the Department of Corrections has Eleventh Amendment immunity and that in any event the third amended complaint fails to state a claim against the Department on which relief can be granted.

The objections assert that the claim against the Department should be remanded to state court, but there is no authority to remand a claim first filed in

this court, and the third amended complaint's failure to state a claim against the Department would be the same in state court as here.

The objections suggest that the claim against the Department should be construed as a claim against the Department's Secretary in his individual capacity. The third amended complaint does not state a claim on which relief can be granted against the Secretary, and even if the plaintiff could state such a claim, the plaintiff would be required to do so explicitly in a further amended complaint, not through a tortured reading of the third amended complaint.

For these reasons and those set out in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for service of process, ECF No. 34, is DENIED. The third amended complaint's claims against the defendant Florida Department of Corrections are dismissed based on Eleventh Amendment immunity. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on December 5, 2012.

                                          s/Robert L. Hinkle
                                          United States District Judge