IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM D. WILLIAMS,

    Plaintiff,

v.                                    CASE NO. 4:12cv142-RH/CAS

THOMAS BRAME,

    Defendant.

_____/

## ORDER DENYING LEAVE TO AMEND THE COMPLAINT
## TO CHANGE THE AMOUNT OF DAMAGES DEMANDED

This case is before the court on the report and recommendation, ECF No. 84, and the objections, ECF No. 85. I have reviewed *de novo* the issues raised by the objections.

The report and recommendation correctly concludes that a plaintiff need not amend a complaint to allege a greater amount of damages than originally demanded. There is no need for the plaintiff's proposed amendment.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for leave to amend the fourth amended complaint to change the amount of damages demanded is DENIED. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on March 25, 2014.

>  s/Robert L. Hinkle
>  United States District Judge